**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24302-DPG**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, *et al.,*

Plaintiff,

v.

Haimov Jewelers, LLC, *et al.,*

Defendants.
_______________________________________/

**NOTICE OF SETTLEMENT WITH PUTNAM LEASING COMPANY, INC AND MILLER MOTORCARS, INC**

Plaintiff, Kelly M. Crawford, as court-appointed receiver (the "Receiver") notifies the Court that he has executed a settlement agreements with Defendants, Putnam Leasing Company, Inc., Miller Motorcars, Inc., and Haimov Jewelers, LLC which are subject to approval of the Receivership Court. Upon approval by the Receivership Court, the parties will file a stipulation for dismissal with prejudice of the Receiver's claims against Putnam Leasing Company, Inc., Miller Motorcars, Inc., and Haimov Jewelers, LLC. For the avoidance of doubt, this notice applies only to the Receiver's claims as to Putnam Leasing Company, Inc., Miller Motorcars, Inc., and Haimov Jewelers, LLC and not any other Defendant.

Respectfully submitted,

*/s/ Russell Landy*
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO

*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy