**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KELLY M. CRAWFORD
as Receiver for TRADERS DOMAIN FX
LTD., *d/b/a/* THE TRADERS DOMAIN, et al
*Plaintiff,*

v.

Case No. 1:26-cv-24302-DPG

HAIMOV JEWELERS, LLC et al.
*Defendants*
_______________________________/

**JOINT NOTICE OF SETTLEMENT WITH**
**BLUE WATER MARINE SERVICE, INC.**

Plaintiff KELLY M. CRAWFORD ("Plaintiff") and Defendant BLUE WATER MARINE SERVICE, INC. ("Defendant", and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby jointly notify the Court that the Plaintiff and Blue Water Marine Service, Inc. have reached a settlement in principle resolving the claims and defenses in this action between them, and in support state:

1. The Parties have reached an agreement in principle to fully and finally resolve all claims and disputes between them in this action.

2. The Parties are in the process of finalizing and executing a written settlement agreement subject to Receivership Court approval.

3. Upon approval by the Receivership Court, the parties will file a stipulation for dismissal with prejudice of the Receiver's claims against Blue Water Marine Service, Inc. For avoidance of doubt, this notice applies only to the Receiver's claims as to Blue Water Marine Service, Inc. and not any other Defendant.

4. In the interim, the Parties further request that the Court stay all deadlines with respect to Defendant Blue Water Marine Service, Inc.

Dated: September 22, 2026

Respectfully submitted,

*/s/Russel Landy*
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Attorneys for Plaintiff*

*/s/ Christian Sanchelima*
Christian Sanchelima, Esq.
Florida Bar No. 107751
Email: chris@sanchelima.com
Liany Estevez, Esq.
Florida Bar No. 1024902
Email: estevez@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484
*Attorneys for Defendant, Blue Water Marine Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Sanchelima*
Christian Sanchelima, Esq.

**SERVICE LIST**
**Kelly M. Crawford as Receiver for Traders Domain FX LTD., d/b/a/ The Traders Domain, et al**
**versus**
**Haimov Jewelers, LLC et al.**
**Case No. 1:26-cv-24302-DPG**
**United States District Court, Southern District of Florida**

Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Counsel for Plaintiff*